# Compensation and Expense Worksheet

**Case Number: 13-83494**
**Debtor: Parker, Jammie Daniell**

## 1. Computation of Compensation

Total compensable disbursements are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  | $31,564.28 |
|---|---|---|---|---|
|  |  | $31,564.28 | 25% of First $5,000.00 | $1,250.00 |
| Less |  | $5,000.00 | ($1,250.00 Maximum) |  |
|  | Balance | $26,564.28 | 10% of Next $45,000.00 | $2,656.43 |
| Less |  | $45,000.00 | ($4,500.00 Maximum) |  |
|  | Balance | $0.00 | 5% of Next $950,000.00 | $0.00 |
| Less |  | $950,000.00 | ($47,500.00 Maximum) |  |
|  | Balance | $0.00 | 3% of Balance | $0.00 |

|  |  |
|---|---|
| Total Compensation Calculated: | $3,906.43 |
| Less Previously Paid Compensation: |  |
| **Total Compensation Requested:** | $3,906.43 |

## 2. Trustee Expenses

The Trustee has incurred the following expenses:

| SEE ATTACHED REPORT | 1 @ 771.98 | $771.98 |
|---|---|---|

### Expense Summary

| TOTAL EXPENSES CALCULATED: | $771.98 |
|---|---|
| Less Previously Paid Expenses | $0.00 |
| TOTAL EXPENSES REQUESTED: | $771.98 |

================

| TOTAL EXPENSES AND COMPENSATION REQUESTED: | $4,678.41 |
|---|---|

Signed    /s/Tazewell T. Shepard                     Trustee:    TAZEWELL T. SHEPARD
303 Williams Avenue
Suite 1411
Huntsville, AL 35801