

# INVOICE

Invoice # 1530
Date: 02/23/2021
Due Upon Receipt

# Sparkman, Shepard & Morris, P.C.

P.O. BOX 19045
Huntsville, AL 35804

Tazewell T. Shepard, TRUSTEE
P. O. Box 19045
Huntsville, AL 35801

## 00269-Shepard, TRUSTEE-Estate of Jammie Daniell Parker Case No. 13-83494

## Estate of Jammie Daniell Parker Case No. 13-83494

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/13/2018 | Reimbursable expenses: Copies - 24 pages - Motion to Reopen Case | 1.00 | $6.00 | $6.00 |
| Expense | 08/13/2018 | Reimbursable expenses: Postage - 24 x .47 - Motion to Reopen Case | 1.00 | $11.28 | $11.28 |
| Service | 08/13/2018 | Paralegal: Set up files, import assets in TCMS, and audit assets. | 1.20 | $20.00 | $24.00 |
| Service | 08/30/2018 | Paralegal: Prepared & filed case status change letter, changed to asset in TCMS, entered assets into TCMS, & opened file; Emailed T. Huiras at Flint Law Firm explaining information/documents we need to file the various motions | 0.80 | $20.00 | $16.00 |
| Service | 11/09/2018 | Paralegal: Emailed T. Huiras for status of 1 attorney bio & completed litigation information form | 0.20 | $20.00 | $4.00 |
| Service | 11/09/2018 | Paralegal: Reviewed email from T. Huiras re remaining attorney bio | 0.10 | $20.00 | $2.00 |
| Service | 11/14/2018 | Paralegal: Emailed T. Huiras for status of litigation information form | 0.10 | $20.00 | $2.00 |
| Service | 01/04/2019 | Paralegal: Reviewed email from T. Huiras re AMS potentially declaring bankruptcy; Prepared 3 Applications to Employ SC; Emailed T. Huiras requesting date fee agreement was signed | 0.50 | $20.00 | $10.00 |
| Service | 01/18/2019 | Paralegal: Reviewed January 4, 2019 email from T. Huiras with date of fee contract | 0.10 | $20.00 | $2.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/20/2019 | Paralegal: Revised draft Applications to Employ SC & emailed to T. Huiras for review | 0.30 | $20.00 | $6.00 |
| Service | 02/21/2019 | Paralegal: Emailed T. Huiras with information / documents we need for settlement motion & motions to pay | 0.30 | $20.00 | $6.00 |
| Service | 02/25/2019 | Paralegal: Reviewed & responded to email from A. Feldman re American Bentley Corporation lien & AMS settlement format | 0.20 | $20.00 | $4.00 |
| Service | 02/27/2019 | Paralegal: Filed 3 Applications to Employ Special Counsel; Emailed T. Huiras with copies of filed Applications | 0.60 | $20.00 | $12.00 |
| Expense | 02/27/2019 | Reimbursable expenses: Copies - 48 pages - Applications to Employ Special Counsel | 1.00 | $12.00 | $12.00 |
| Expense | 02/27/2019 | Reimbursable expenses: Copies - 8 x .65 - Applications to Employ Special Counsel | 1.00 | $5.20 | $5.20 |
| Service | 03/12/2019 | Paralegal: Prepared Motion for Approval of Compromise & Settlement; Emailed T. Huiras re revising settlement statement to reflect correct attorneys fee percentage; Prepared Motion to Expedite Hearing | 1.00 | $20.00 | $20.00 |
| Service | 04/02/2019 | Paralegal: Prepared 3 proposed Orders approving Applications to Employ SC & submitted to court for entry | 0.40 | $20.00 | $8.00 |
| Service | 04/03/2019 | Paralegal: Emailed copy of entered orders approving the Applications to Employ SC to T. Huiras | 0.10 | $20.00 | $2.00 |
| Service | 04/24/2019 | Paralegal: Emailed T. Huiras with KM edits/comments to settlement motion which had defense counsel edits | 0.10 | $20.00 | $2.00 |
| Service | 04/29/2019 | Paralegal: Reviewed email from T. Huiras re forwarding K. Morris edits to settlement motion to counsel for review | 0.10 | $20.00 | $2.00 |
| Service | 05/16/2019 | Paralegal: Reviewed email from T. Huiras with defense counsel re-edits of Motion to Approve Compromise and Settlement | 0.20 | $20.00 | $4.00 |
| Service | 07/17/2019 | Paralegal: Prepared draft proposed Order approving the settlement motion; Emailed T. Huiras with KM revisions to defense counsel second edits, draft proposed order, and American Bentley lien documents | 0.40 | $20.00 | $8.00 |
| Service | 07/18/2019 | Paralegal: Reviewed email from T. Huiras re American Bentley lien; Email to T. Huiras on what needs to be shown on final settlement statement | 0.20 | $20.00 | $4.00 |
| Service | 07/30/2019 | Paralegal: Finalized & filed Motion to Approve Compromise and Settlement | 0.90 | $20.00 | $18.00 |
| Expense | 07/30/2019 | Reimbursable expenses: Copies - 60 pages - Motion to | 60.00 | $0.25 | $15.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Approve Compromise and Settlement | | | |
| Expense | 07/30/2019 | Reimbursable expenses: Postage - 30 x .50 - Motion to Approve Compromise and Settlement | 30.00 | $0.50 | $15.00 |
| Service | 08/19/2019 | Paralegal: Prepared & filed Notice of Withdrawal of Motion for Approval of Compromise and Settlement; Emailed T. Huiras with copy of filed Notice of Withdrawal and forwarding a final distribution sheet once SC fees are final | 0.40 | $20.00 | $8.00 |
| Expense | 08/19/2019 | Reimbursable expenses: Copies - 30 pages - Notice of Withdrawal of Motion for Approval of Compromise and Settlement | 30.00 | $0.25 | $7.50 |
| Expense | 08/19/2019 | Reimbursable expenses: Postage - 30 x .50 - Notice of Withdrawal of Motion for Approval of Compromise and Settlement | 30.00 | $0.50 | $15.00 |
| Service | 10/24/2019 | Paralegal: Reviewed revised disbursement sheet dated September 26, 2019 sent by T. Huiras; Emailed T. Huiras with changes that need to be made to the disbursement sheet and itemized expense sheet for Flint Law. | 0.50 | $20.00 | $10.00 |
| Service | 12/12/2019 | Paralegal: Reviewed 11-8-19 email from T. Huiras with revised settlement statement & expenses; Revised Motion to Approve Compromise and Settlement & prepared 3 Motions to Pay SC fees based upon updated settlement statement; Emailed T. Huiras re settlement statement still being incorrect & sending draft motions to pay to complete | 1.00 | $20.00 | $20.00 |
| Service | 03/09/2020 | Paralegal: Revised & filed Motion to Approve Compromise & Settlement; Emailed A. Feldman with filed motion and information about Motions to Pay SC Fees | 0.80 | $20.00 | $16.00 |
| Expense | 03/09/2020 | Reimbursable expenses: Copies - 90 pages - Motion to Approve Compromise & Settlement | 90.00 | $0.25 | $22.50 |
| Expense | 03/09/2020 | Reimbursable expenses: Postage - 30 x .50 - Motion to Approve Compromise & Settlement | 30.00 | $0.50 | $15.00 |
| Service | 03/10/2020 | Paralegal: Emailed T. Huiras copy of Notice of Hearing re Motion to Approve Compromise & Settlement | 0.10 | $20.00 | $2.00 |
| Service | 03/20/2020 | Paralegal: Reviewed SC edits to Motions to Pay SC Fees; Reviewed revised settlement statement; Prepared Amended Motion to Approve Compromise & Settlement | 0.70 | $20.00 | $14.00 |
| Service | 03/23/2020 | Paralegal: Prepared Amended Motion for Approval of Compromise & Settlement; Reviewed & revised Motions to Pay SC Fees provided by SC; Filed Motion to Approve Compromise & Settlement & 3 Motions to Pay SC Fees | 1.80 | $20.00 | $36.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 03/23/2020 | Reimbursable expenses: Copies - 186 pages - Motion to Approve Compromise & Settlement & Motions to Pay SC Fees | 186.00 | $0.25 | $46.50 |
| Expense | 03/23/2020 | Reimbursable expenses: Postage - 31 x .50 - Motion to Approve Compromise & Settlement & Motions to Pay SC Fees | 31.00 | $0.50 | $15.50 |
| Service | 03/25/2020 | Paralegal: Prepared & filed Motion to Continue Hearing re Amended Motion for Compromise & Settlement | 0.60 | $20.00 | $12.00 |
| Expense | 03/25/2020 | Reimbursable expenses: Copies - 26 pages - Motion to Continue Hearing | 26.00 | $0.25 | $6.50 |
| Expense | 03/25/2020 | Reimbursable expenses: Postage - 26 x .50 - Motion to Continue Hearing | 26.00 | $0.50 | $13.00 |
| Service | 04/22/2020 | Paralegal: Prepared proposed orders approving Motion for Compromise & Settlement & 3 Motions to Pay SC Fees & submitted to Court for entry | 0.40 | $20.00 | $8.00 |
| Service | 05/08/2020 | Paralegal: Revised Release Addendum; Prepared letter to A. Feldman sending original, signed Release & Addendum; Emailed T. Huiras with copy of signed Release & Addendum | 0.40 | $20.00 | $8.00 |
| Service | 06/04/2020 | Paralegal: Emailed T. Huiras for update on release of settlement funds; Reviewed email from T. Huiras with update on settlement funds | 0.20 | $20.00 | $4.00 |
| Service | 08/04/2020 | Paralegal: Reviewed email from T. Huiras re status of settlement funds; Emailed T. Huiras a copy of the signed W-9 per her request | 0.20 | $20.00 | $4.00 |
| Service | 08/11/2020 | Paralegal: Reviewed email from T. Huiras with final disbursement sheet she received from their accounting department | 0.20 | $20.00 | $4.00 |
| Service | 08/13/2020 | Paralegal: Prepared & filed status report | 0.30 | $20.00 | $6.00 |
| Service | 08/18/2020 | Paralegal: Deposited check from Flint Law Firm in the amount of $44,366.12; Prepared & filed Report of Initial Deposit | 0.40 | $20.00 | $8.00 |
| Service | 12/01/2020 | Paralegal: Prepared and filed an updated status report with the court. | 0.40 | $20.00 | $8.00 |
| Service | 02/22/2021 | Paralegal: Review and verify claims filed in case; prepare TFR and NFR and close trustee bank accounts. | 2.50 | $20.00 | $50.00 |
| Service | 02/28/2021 | Paralegal: FUTURE WORK: File and serve TFR/NFR; Prepare and file TDR; close case/files; close in database; close and box files. | 2.00 | $20.00 | $40.00 |
| Expense | 02/28/2021 | Misc. Trustee Expenses: FUTURE WORK: Copies for mailout of NFR and TDR. | 256.00 | $0.25 | $64.00 |

Case 13-83494-CRJ7    Doc 74-2    Filed 05/10/21    Entered 05/10/21 13:10:29    Desc Exhibit Trustee Expenses    Page 4 of 5

| | | | | | |
|---|---|---|---|---|---|
| Expense | 02/28/2021 | Misc. Trustee Expenses: FUTURE WORK: Postage for Mailout of NFR and TDR. | 64.00 | $0.50 | $32.00 |
| Expense | 02/28/2021 | Misc. Trustee Expenses: FUTURE DISBURSEMENTS (Calculated at number of claims x $3.00) | 2.00 | $3.00 | $6.00 |
| Expense | 02/28/2021 | Misc. Trustee Expenses: Pro rata share of Trustee's bond premium. | 1.00 | $50.00 | $50.00 |

| | |
|---|---|
| **Total** | **$771.98** |

Please make all amounts payable to: Sparkman, Shepard & Morris, P.C.