# Surplus to Debtor & Interest Calculation Worksheet

| | |
|---|---|
| CASE NAME: | Jammie Daniell Parker |
| CASE NUMBER: | 13-83494 |

| | |
|---|---:|
| Previous Disbursements | $25,893.88 |
| Proposed Disbursements | $984.00 |
| Total Proposed Interest | $7.99 |
| Requested Professional Fees and Expenses | $0.00 |
| Requested Other Chapter Professional Fees and Expenses | $0.00 |
| Requested Trustee Expenses | $771.98 |
| Bankruptcy Court Fee / UST Fees | $0.00 |
| | **TOTAL DISBURSEMENTS = $27,657.85** |

**INTEREST RATE:**

| | | | |
|---|---|---|---:|
| | Interest Rate: | | 0.11 |
| | Interest Calculation Type | | Simple Annualized |
| Calculate Interest from | Date Case Filed: 11/14/2013 | To | TFR Date: 03/31/2021 |

| PROPOSED TRUSTEE FEE | **TRUSTEE FEE = $3,906.43** |
|---|---:|

| SURPLUS TO DEBTOR | **SURPLUS = $38,435.72** |
|---|---:|

**PROOF**

| Receipts | Minus Surplus | | Compensable Funds | | | |
|---:|---:|---|---:|---|---:|---:|
| $70,000.00 | - $38,435.72 | = | $31,564.28 | | | |
| | | | $31,564.28 | x | 25% | $1,250.00 |
| | | | $26,564.28 | x | 10% | $2,656.43 |
| | | | $0.00 | x | 5% | $0.00 |
| | | | $0.00 | x | 3% | $0.00 |
| | | | **TRUSTEE FEE** | | | **$3,906.43** |

Case 13-83494-CRJ7    Doc 74-3    Filed 05/10/21    Entered 05/10/21 13:10:29    Desc Exhibit Surplus to Debtor Report    Page 1 of 2

# Proposed Distribution

CASE NAME: Jammie Daniell Parker

CASE NUMBER: 13-83494

| Claim # | Payee Name | Class | Allowed Amount | Paid to Date | Claim Balance | Proposed Payment | Proposed Interest | Total Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | TAZEWELL T. SHEPARD | Administrative | $3,906.43 | $0.00 | $3,906.43 | $3,906.43 | $0.00 | $3,906.43 |
| | TAZEWELL T. SHEPARD | Administrative | $771.98 | $0.00 | $771.98 | $771.98 | $0.00 | $771.98 |
| | CLERK OF THE COURT | Administrative | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Motley Rice LLC | Administrative | $5,132.75 | $5,132.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Flint Law Firm LLC | Administrative | $7,699.13 | $7,699.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Akin Mears LLP | Administrative | $7,699.12 | $7,699.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Akin Mears LLP | Administrative | $0.49 | $0.49 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Flint Law Firm LLC | Administrative | $961.39 | $961.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Motley Rice LLC | Administrative | $41.00 | $41.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | RADIOLOGY OF HUNTSVILLE, PC | Unsecured | $984.00 | $0.00 | $984.00 | $984.00 | $7.99 | $991.99 |
| | Jammie Daniell Parker | Unsecured | $38,435.72 | $0.00 | $38,435.72 | $38,435.72 | $0.00 | $38,435.72 |

TAZEWELL T. SHEPARD
303 Williams Avenue
Suite 1411
Huntsville, AL 35801