Case Number: 8:13-83494-CRJ  
Debtor Name: Parker, Jammie Daniell

Date: May 3, 2021  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $44,106.12 |
| | TAZEWELL T. SHEPARD<br>303 Williams Avenue, Suite 1411<br>Huntsville, AL 35801 | Administrative | 100 | $3,906.43 | $0.00 | $3,906.43 | $3,906.43 | $0.00 | $0.00 | $3,906.43 | $40,199.69 |
| | TAZEWELL T. SHEPARD<br>303 Williams Avenue, Suite 1411<br>Huntsville, AL 35801 | Administrative | 100 | $771.98 | $0.00 | $771.98 | $771.98 | $0.00 | $0.00 | $771.98 | $39,427.71 |
| | Flint Law Firm LLC | Administrative | 100 | $7,699.13 | $7,699.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,427.71 |
| | Flint Law Firm LLC | Administrative | 100 | $961.39 | $961.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,427.71 |
| | Akin Mears LLP | Administrative | 100 | $7,699.12 | $7,699.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,427.71 |
| | Akin Mears LLP | Administrative | 100 | $0.49 | $0.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,427.71 |
| | CLERK OF THE COURT<br>400 Wells Street<br>Decatur, Alabama 35601 | Administrative | 100 | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,427.71 |
| | Motley Rice LLC | Administrative | 100 | $5,132.75 | $5,132.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,427.71 |
| | Motley Rice LLC | Administrative | 100 | $41.00 | $41.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,427.71 |
| | Subtotals for Class Administrative 100.00% | | | $26,472.29 | $21,793.88 | $4,678.41 | $4,678.41 | $0.00 | $0.00 | $4,678.41 | |
| 1 | RADIOLOGY OF HUNTSVILLE, PC<br>C/O FOX COLLECTION CENTER<br>PO BOX 528<br>GOODLETTSVILLE, TN 37070 | Unsecured | 300 | $984.00 | $0.00 | $984.00 | $984.00 | $0.00 | $7.99 | $991.99 | $38,435.72 |
| | Jammie Daniell Parker<br>HUNTSVILLE, AL 35803 | Unsecured | 999 | $38,435.72 | $0.00 | $38,435.72 | $38,435.72 | $0.00 | $0.00 | $38,435.72 | $0.00 |
| | Subtotals for Class Unsecured 100.02% | | | $39,419.72 | $0.00 | $39,419.72 | $39,419.72 | $0.00 | $7.99 | $39,427.71 | |
| | Totals | | | $65,892.01 | $21,793.88 | $44,098.13 | $44,098.13 | $0.00 | $7.99 | $44,106.12 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.11% interest from 11/14/2013 to 03/31/2021.

Case 13-83494-CRJ7    Doc 74-4    Filed 05/10/21    Entered 05/10/21 13:10:29    Desc
Exhibit Proposed Distribution Report    Page 1 of 1

Date Printed 5/3/2021 1:16:39 PM